January 10, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

TEX STAR MOTORS, INC., Appellant

NO. 14-05-00215-CV                              V.

REGAL FINANCE COMPANY, LTD. AND REGAL FINANCE COMPANY II, LTD.,
Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Regal Finance Company, Ltd. and Regal Finance Company II, Ltd., signed December 3, 2004, was heard on the transcript of the record. We have inspected the record and find the trial court erred in determining the accrual date of prejudgment interest. We therefore order that the portions of the judgment that determine prejudgment interest and the disposition of the reserve are **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

We order the parties to bear their own costs incurred in this appeal. We further order this decision certified below for observance.